1.

Complaint:

Mike Arcello
Plantiff
V,

April 22,
2024

S.I.R.P.R.

United States House of Representative

Speaker Mike Johnson
Defendant

**FILED - GR**
April 22, 2024 4:21 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB/4-23

1. House Speaker Mike Johnson
aproved a bill to renew
Section 702 of the Foreign
Intelligence Surveillance
Act for two years.

2. This bill violates Article III,
Section 3, Clause 1. 4

3. Giving Aid to the enemy as
Treason,

**1:24-cv-408**
Robert J. Jonker
U.S. District Judge

2

4.    In this Complaint the plaintiff will outline how Section 702 and its misuse has impacted the plaintiff.

5.    In the Spring of 1998 the plaintiff found his County, Newaygo County Michigan embroiled in a man hunt of one, Charles Prins. The local news anchor at Wzzm TV-13 Juliet Dragos was giving erroneous reports that did not make sense.
After first contacting the Mother of Charles Prins, Dorthy Prins I could see that something was wrong states the Plaintiff.

6.    As part of his business Plaintiff came upon the scene of the murder just as it was happening.

7.    In subsequent months evidence of the murder scene was altered

7.

8. or removed. Reports to the news media were grossly misleading.

9. Those involved in the kidnapping and murder of Charles Prins.

10. Juliet Dragos   Wzzm TV-13
The Chicago Tribune
The Detroit Free Press
The Ionia Sentinel
Retired Sheriff Mike Murcen

11. Assistance for the cover up came from Kent, Ionia and Newaygo Counties.

12. FBI, ATF, Michigan State Police Newaygo County Sheriff Department. Michigan State Police,

13. Motive for the kidnapping and murder of Charles Prins.
Ratings for profit. Says the Plaintiff

14. ABC network media group

4

15. desperetly needed a bump in viewership to help increase what they can charge for air time, says the Plaintiff.

16. In January of 2021 News Anchor Juliet Dragos found that she was under investegation by the plaintiff for conspiring to commit murder. Over the year newpaper articles from The Detroit Free Press and Chicago Tribune began to be aultered and then taken down all together. Says Plaintiff.

17. In February of 2022 money from peoples Master Card accounts began pouring into Plaintiff Credit Union Account Says Plaintiff.

18. Over the course of two years it was established that this was a money laundening sceme to entrap the Plaintiff.

5.

19. It was discovered by a lawsuit from Rezplot Systems against Francis Arcello, Plaintiff that Campspot, Card Connect ie, First Data were behind the money laundering.

20. Varnum Law, a Grand Rapids law firm was also knowing involved Varnum Laws business model is, in reality, to use the Court System to drive business, profits! Says Plaintiff.

21. Some of Varnum Laws business models include

22. Aviation Accidents, some include Suicide By Air Ambulance. How it works. Your a patient with a terminal medical condition Varnum Law will arrange your last flight and those of the mothers and fathers who were also to on that flight.

6

23    Varnum can find you a
local or Federal Judge to
look the other way. Says. Plaintiff,

24    Varnum Law are experts
at money laundering. Says Plaintiff,

25    The only reason the medical
accidents tapered off was
because the Plaintiff called
the FAA. The FAA Refuses to
talk to the plaintiff.

26    Its really endless, 20 times
the FBI entered my home and
stole criminal evidence.
Listening and video bugs powered
by Smart meters.

27.    Judge Paul Moloney is just now working
to fix election districts in
Michigan. Says Plaintiff.

7.

28    Not only was Judge Maloney behind election fixing but that effort was weponized to black mail our elected officials

29    Simply put spying on the American people by a doorbell or a traffic camera is illegal. It tramples all over our natural and Constitutional Rights

30    Yes, Section 702 is an act of war against the American People.

31    In this Complaint I listed several areas were the FBI can't be trusted, where the Court System is compermised

32    The business of today is stealing from the American People. Says Plaintiff

8

33.   I as the plaintiff am looking for subpeonas (Blank signed) to be available to the plaintiff.

34.   I am looking for a judgment against Congressmen Mike Johnson for acts of treason.

35.   I am looking for and asking the court for 50 million dollars damages from Mike Johnson

Francis Mikel Arcello

Francis Michael
Arcello  Plaintiff.
April 22, 2024

6660 N. Green Ave
Hesperia, Mi. 49421